JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTHA D. ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | NO. CV 09-6305 JC<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　　IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, two hundred dollars ($4,200.00), subject to the provisions of the EAJA.

Dated:　　　October 8, 2010

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　JACQUELINE CHOOLJIAN
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE